1  CHARLES B. PERKINS #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566

4  Attorney for Plaintiff MARK EDWARD LICHTLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD LICHTLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. C-5-04787 MHP<br><br>[PROPOSED] ORDER TO TRANSFER FOR CONVENIENCE (28 USC §1404(a)) |

ORDER

Having reviewed the Stipulation of the parties, and good cause appearing, it is hereby ordered that this matter be transferred to the San Jose Division of the Northern District of California.

IT IS SO ORDERED.

DATE: January 31, 2006

_____
IT IS SO ORDERED
Judge Marilyn H. Patel