1 | THOMAS M. HERLIHY (SBN 83615)
2 | JOHN T. BURNITE (SBN 162223)
    KELLY, HERLIHY & KLEIN LLP
3 | 44 Montgomery Street, Suite 2500
    San Francisco, California 94104-4217
4 | Telephone: (415) 951-0535
    Facsimile: (415) 391-7808
5 |
    Attorneys for Defendant
6 | NEW YORK LIFE INSURANCE COMPANY

**E-filed 3/9/06**

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD LICHTLE, | Case No. CV 05 4787 JF (HRL) |
| Plaintiff, | **STIPULATION RE EXCHANGE OF INITIAL DISCLOSURES** |
| vs. | |
| NEW YORK LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff Mark Edward Lichtle and Defendant New York Life Insurance Company, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, this matter has been reassigned to the Honorable Jeremy Fogel for all further proceedings; and

WHEREAS, the date set for a Case Management Conference set by Judge Marilyn Hall Patel has been vacated; and

WHEREAS, the dates for exchanging Initial Disclosures is set according to the date for a Case Management Conference; and

WHEREAS, the parties are expecting to receive a new scheduling order issued by Judge Fogel,

NOW, THEREFORE, the parties hereby stipulate and agree that they shall exchange Initial Disclosures on a date one week prior to the new Case Management Conference date to be set by Judge Fogel.

Respectfully submitted,

KELLY, HERLIHY & KLEIN LLP

Dated: March 7, 2006           By _____
                                   John T. Burnite
                                   Attorneys for Defendant
                                NEW YORK LIFE INSURANCE COMPANY


FLYNN, ROSE & PERKINS

Dated: March __, 2006          By _____
                                   Charles B. Perkins
                                   Attorneys for Plaintiff
                                   MARK EDWARD LICHTLE

**IT IS SO ORDERED.**

Date: ___3/9/06_____   _____
                                   The Hon. Jeremy Fogel

E:\25199\P06

-1-

STIPULATION RE INITIAL DISCLOSURE                CASE NO. CV 05 4787 JF (HRL)

1 | Plaintiff Mark Edward Lichtle and Defendant New York Life Insurance Company, by and
2 | through their counsel of record, hereby stipulate as follows:
3 | WHEREAS, this matter has been reassigned to the Honorable Jeremy Fogel for all
4 | further proceedings; and
5 | WHEREAS, the date set for a Case Management Conference set by Judge Marilyn
6 | Hall Patel has been vacated; and
7 | WHEREAS, the dates for exchanging Initial Disclosures is set according to the date
8 | for a Case Management Conference; and
9 | WHEREAS, the parties are expecting to receive a new scheduling order issued by
10 | Judge Fogel,
11 | NOW, THEREFORE, the parties hereby stipulate and agree that they shall exchange
12 | Initial Disclosures on a date one week prior to the new Case Management Conference date to be set
13 | by Judge Fogel.

Respectfully submitted,

KELLY, HERLIHY & KLEIN LLP

Dated: March 7, 2006

By _____
John T. Burnite
Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY

FLYNN, ROSE & PERKINS

Dated: March 7, 2006

By _Charles B. Perkins_
Charles B. Perkins
Attorneys for Plaintiff
MARK EDWARD LICHTLE

IT IS SO ORDERED.

Date: _____

_____
The Hon. Jeremy Fogel

E:\25199\P06

-1-

STIPULATION RE INITIAL DISCLOSURE    CASE NO. CV 05 4787 JF (HRL)