**E-filed 10/24/06**

1  CHARLES B. PERKINS  #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566

4  Attorneys for Plaintiff MARK EDWARD LICHTLE

5  JOHN BURNITE
   KELLY, HERLIHY & KLEIN
6  44 Montgomery Street, Suite 2500
   San Francisco, California  94104
7  (415) 951-0535

8  Attorney for Defendant NEW YORK
   LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD LICHTLE,<br><br>          Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. C-05-04787 JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date:         October 27, 2006<br>Time:         10:30 a.m.<br>Courtroom:   3 |

   WHEREAS, on May 26, 2006, the parties attended an Initial Case Management Conference and advised the Court that Defendant had agreed to reevaluate Plaintiff's claim, that the parties were discussing coordination of an Independent Medical Evaluation, and that a Mediation before the Hon. Edward Infante (Ret.) would be held after the reevaluation is completed;

   WHEREAS, the Court set this matter for a further Case Management Conference on October 27, 2006;

WHEREAS the parties have now agreed on an evaluator to conduct the IME and anticipate that the IME will be completed within the next 30-40 days;

THEREFORE, the parties, by their attorneys of record, hereby stipulate that the further Case Management Conference, currently scheduled for October 27, 2006 be continued until on or about January 5, 2007.

IT IS SO STIPULATED.

DATE:  October 20, 2006          FLYNN, ROSE & PERKINS

By_____/s/ Charles B. Perkins__
CHARLES B. PERKINS
Attorney for Plaintiff
MARK EDWARD LICHTLE

DATE: October 20, 2006           KELLY, HERLIHY & KLEIN LLP

By_____
JOHN BURNITE
Attorney for Defendant
NEW YORK LIFE INSURANCE
COMPANY

## **ORDER**

Having considered the Stipulation of the parties, it is hereby ordered that the further Case Management Conference in this matter, currently scheduled for 10:30 a.m. on October 27, 2006, is hereby continued to __1/5/07_____.

IT IS SO ORDERED.

DATE:  10/23/06          _____
JEREMY FOGEL U.S. Dist. Ct. Judge