| | |
|---|---|
| 1 | CHARLES B. PERKINS  #126942<br>FLYNN, ROSE & PERKINS |
| 2 | 59 North Santa Cruz Avenue, Suite Q<br>Los Gatos, California 95030 |
| 3 | (408) 399-4566 |
| 4 | Attorneys for Plaintiff MARK EDWARD LICHTLE |
| 5 | JOHN BURNITE<br>KELLY, HERLIHY & KLEIN |
| 6 | 44 Montgomery Street, Suite 2500<br>San Francisco, California  94104 |
| 7 | (415) 951-0535 |
| 8 | Attorney for Defendant NEW YORK<br>LIFE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARK EDWARD LICHTLE,<br><br>            Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE<br>COMPANY, and DOES 1 through 10,<br>inclusive,<br><br>            Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. C-05-04787 JF<br><br>STIPULATION AND [~~PROPOS~~ED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date:      January 12, 2007<br>Time:      10:30 a.m.<br>Courtroom:   3 |

WHEREAS, on May 26, 2006, the parties attended an Initial Case Management Conference and advised the Court that Defendant had agreed to reevaluate Plaintiff's claim, that the parties were discussing coordination of an Independent Medical Evaluation, and that a Mediation before the Hon. Edward Infante (Ret.) would be held after the reevaluation is completed;

//

1   WHEREAS, the Court set this matter for a further Case Management Conference on
2   October 27, 2006, which was continued to January 5, 2007, and then moved to January 12,
3   2007 by the Court;
4   WHEREAS the Independent Medical Evaluation has begun, but has not been
5   completed;
6   WHEREAS the neuropsychological evaluator, James A. Moses, Jr., Ph.D.,
7   anticipates that his report will be completed by mid-February, 2007;
8   WHEREAS the parties will then have to evaluate Dr. Moses' report;
9   THEREFORE, the parties, by their attorneys of record, hereby stipulate that the
10  further Case Management Conference, currently scheduled for January 12, 2007, be
11  continued until on or about March 23, 2007.
12  IT IS SO STIPULATED.

13  DATE: January 4, 2007                FLYNN, ROSE & PERKINS

                                         By ____/s/ Charles B. Perkins____
15                                          CHARLES B. PERKINS
                                            Attorney for Plaintiff
16                                          MARK EDWAD LICHTLE

18  DATE:_____                 KELLY, HERLIHY & KLEIN LLP

20                                       By_____
                                            JOHN BURNITE
21                                          Attorney for Defendant
                                            NEW YORK LIFE INSURANCE
22                                          COMPANY

**ORDER**

Having considered the Stipulation of the parties, it is hereby ordered that the further Case Management Conference in this matter, currently scheduled for 10:30 a.m. on January 12, 2007, is hereby continued to  3/23/07 at 10:30 .

IT IS SO ORDERED.

DATE:  1/11/07

JEREMY FOGEL, U.S. Dist. Ct. Judge