**E-filed 3/20/07**

1  CHARLES B. PERKINS  #126942
   FLYNN, ROSE & PERKINS
2  59 North Santa Cruz Avenue, Suite Q
   Los Gatos, California 95030
3  (408) 399-4566

4  Attorneys for Plaintiff MARK EDWARD LICHTLE

5  JOHN BURNITE
   KELLY, HERLIHY & KLEIN
6  44 Montgomery Street, Suite 2500
   San Francisco, California 94104
7  (415) 951-0535

8  Attorney for Defendant NEW YORK
   LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD LICHTLE, | Case No. C-05-04787 JF |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |
| vs. | Date:   March 23, 2007 |
| NEW YORK LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive, | Time:   10:30 a.m. |
| | Courtroom:   3 |
| Defendants. | |

WHEREAS, on May 26, 2006, the parties attended an Initial Case Management Conference and advised the Court that Defendant had agreed to reevaluate Plaintiff's claim, that the parties were discussing coordination of an Independent Medical Evaluation, and that a Mediation before the Hon. Edward Infante (Ret.) would be held after the reevaluation is completed;

//

1    WHEREAS, the Court set this matter for a further Case Management Conference on
2 October 27, 2006, which was continued to January 5, 2007, then to January 12, 2007, and
3 then to March 23, 2007, pursuant to the stipulations of the parties;
4    WHEREAS the Independent Medical Evaluation was completed on about March 1,
5 2007;
6    WHEREAS the Defendant represents that its reevaluation process will be completed
7 by approximately April 30, 2007;
8    WHEREAS the parties have contacted Judge Infante's office and anticipate that the
9 mediation will be held in approximately the first week of June, 2007;
10    THEREFORE, the parties, by their attorneys of record, hereby stipulate that the
11 further Case Management Conference, currently scheduled for March 23, 2007, be
12 continued until on or about June 29, 2007.
13    IT IS SO STIPULATED.
14 DATE: March 16, 2007                     FLYNN, ROSE & PERKINS

                                           By    /s/ Charles B. Perkins
16                                              CHARLES B. PERKINS
                                                Attorney for Plaintiff
17                                              MARK EDWAD LICHTLE

19 DATE:_____                    KELLY, HERLIHY & KLEIN LLP

21                                         By_____
                                                JOHN BURNITE
22                                              Attorney for Defendant
                                                NEW YORK LIFE INSURANCE
23                                              COMPANY

**ORDER**

Having considered the Stipulation of the parties, it is hereby ordered that the further Case Management Conference in this matter, currently scheduled for 10:30 a.m. on March 23, 2007, is hereby continued to __6/29/07_____.

IT IS SO ORDERED.

DATE: __3/20/07____

_____
JEREMY FOGEL, U.S. Dist. Ct. Judge