CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566

Attorneys for Plaintiff MARK EDWARD LICHTLE       *E-filed 6/27/07**

JOHN BURNITE
KELLY, HERLIHY & KLEIN
44 Montgomery Street, Suite 2500
San Francisco, California 94104
(415) 951-0535

Attorney for Defendant NEW YORK
LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD LICHTLE,<br><br>       Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE<br>COMPANY, and DOES 1 through 10,<br>inclusive,<br><br>       Defendants. | Case No. C-05-04787 JF<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date:       June 29, 2007<br>Time:      10:30 a.m.<br>Courtroom:  3 |

WHEREAS, on May 26, 2006, the parties attended an Initial Case Management Conference and advised the Court that Defendant had agreed to reevaluate Plaintiff's claim, that the parties were discussing coordination of an Independent Medical Evaluation, and that a Mediation before the Hon. Edward Infante (Ret.) would be held after the reevaluation is completed;

/////

/////

WHEREAS, the Court set this matter for a further Case Management Conference on October 27, 2006, which was continued to January 5, 2007, then to January 12, 2007, then to March 23, 2007, and then to June 29, 2007 pursuant to the stipulations of the parties;

WHEREAS the Independent Medical Evaluation was completed on about March 1, 2007;

WHEREAS the mediation will be held on June 28, 2007;

THEREFORE, the parties, by their attorneys of record, hereby stipulate that the further Case Management Conference, currently scheduled for June 29, 2007, be continued until on or about July 13, 2007.

IT IS SO STIPULATED.

DATE: June 25, 2007          FLYNN, ROSE & PERKINS


By___/s/ Charles B. Perkins___
CHARLES B. PERKINS
Attorney for Plaintiff
MARK EDWAD LICHTLE


DATE: June __, 2007          KELLY, HERLIHY & KLEIN LLP


By_____
JOHN BURNITE
Attorney for Defendant
NEW YORK LIFE INSURANCE COMPANY

WHEREAS, the Court set this matter for a further Case Management Conference on October 27, 2006, which was continued to January 5, 2007, then to January 12, 2007, then to March 23, 2007, and then to June 29, 2007 pursuant to the stipulations of the parties;

WHEREAS the Independent Medical Evaluation was completed on about March 1, 2007;

WHEREAS the mediation will be held on June 28, 2007;

THEREFORE, the parties, by their attorneys of record, hereby stipulate that the further Case Management Conference, currently scheduled for June 29, 2007, be continued until on or about July 13, 2007.

IT IS SO STIPULATED.

DATE: June 25, 2007

FLYNN, ROSE & PERKINS

By /s/ Charles B. Perkins
CHARLES B. PERKINS
Attorney for Plaintiff
MARK EDWAD LICHTLE

DATE: June 25, 2007

KELLY, HERLIHY & KLEIN LLP

By _____
JOHN BURNITE
Attorney for Defendant
NEW YORK LIFE INSURANCE COMPANY

## **ORDER**

Having considered the Stipulation of the parties, it is hereby ordered that the further Case Management Conference in this matter, currently scheduled for 10:30 a.m. on June 29, 2007, is hereby continued to __7/13/07__.

IT IS SO ORDERED.

DATE: __6/27/07__

_____
THE HONORABLE JEREMY FOGEL
U.S. District Court Judge