| | |
|---|---|
| 1  CHARLES B. PERKINS  #126942<br>   FLYNN, ROSE & PERKINS<br>2  59 North Santa Cruz Avenue, Suite Q<br>   Los Gatos, California 95030<br>3  (408) 399-4566 | **E-filed 7/12/07** |

4  Attorneys for Plaintiff MARK EDWARD LICHTLE

5  JOHN BURNITE
   KELLY, HERLIHY & KLEIN
6  44 Montgomery Street, Suite 2500
   San Francisco, California 94104
7  (415) 951-0535

8  Attorney for Defendant NEW YORK
   LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD LICHTLE,<br><br>          Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE<br>COMPANY, and DOES 1 through 10,<br>inclusive,<br><br>          Defendants. | Case No. C-05-04787 JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date:      July 13, 2007<br>Time:     10:30 a.m.<br>Courtroom: 3 |

    WHEREAS, on May 26, 2006, the parties attended an Initial Case Management Conference and advised the Court that Defendant had agreed to reevaluate Plaintiff's claim, that the parties were discussing coordination of an Independent Medical Evaluation, and that a Mediation before the Hon. Edward Infante (Ret.) would be held after the reevaluation is completed;

/////

/////

WHEREAS, the Court set this matter for a further Case Management Conference on October 27, 2006, which was continued to January 5, 2007, then to January 12, 2007, then to March 23, 2007, then to June 29, 2007, and then to July 13, 2007, pursuant to the stipulations of the parties;

WHEREAS, the Independent Medical Evaluation was completed on about March 1, 2007;

WHEREAS, the parties attended a mediation session on June 28, 2007 with the Honorable Edward Infante (Ret);

WHEREAS, the parties have agreed to have further discussions with Judge Infante to see whether this case can be resolved;

WHEREAS, the parties anticipate that these discussions may continue through the week of July 23, 2007;

WHEREAS, counsel for Plaintiff is unavailable during the weeks of July 30 and August 6, and counsel for Defendant is unavailable during the week of August 20;

THEREFORE, the parties, by their attorneys of record, hereby stipulate that the further Case Management Conference, currently scheduled for July 13, 2007, be continued until on or about August 31, 2007.

IT IS SO STIPULATED.

DATE: July 10, 2007                       FLYNN, ROSE & PERKINS

                                          By____/s/ Charles B. Perkins____
                                              CHARLES B. PERKINS
                                              Attorney for Plaintiff
                                              MARK EDWAD LICHTLE

DATE: July __, 2007                       KELLY, HERLIHY & KLEIN LLP

                                          By_____
                                              JOHN BURNITE
                                              Attorney for Defendant
                                              NEW YORK LIFE INSURANCE
                                              COMPANY

WHEREAS, the Court set this matter for a further Case Management Conference on October 27, 2006, which was continued to January 5, 2007, then to January 12, 2007, then to March 23, 2007, then to June 29, 2007, and then to July 13, 2007, pursuant to the stipulations of the parties;

WHEREAS, the Independent Medical Evaluation was completed on about March 1, 2007;

WHEREAS, the parties attended a mediation session on June 28, 2007 with the Honorable Edward Infante (Ret);

WHEREAS, the parties have agreed to have further discussions with Judge Infante to see whether this case can be resolved;

WHEREAS, the parties anticipate that these discussions may continue through the week of July 23, 2007;

WHEREAS, counsel for Plaintiff is unavailable during the weeks of July 30 and August 6, and counsel for Defendant is unavailable during the week of August 20;

THEREFORE, the parties, by their attorneys of record, hereby stipulate that the further Case Management Conference, currently scheduled for July 13, 2007, be continued until on or about August 31, 2007.

IT IS SO STIPULATED.

DATE: July __, 2007                                   FLYNN, ROSE & PERKINS

                                                      By   /s/ Charles B. Perkins
                                                         CHARLES B. PERKINS
                                                         Attorney for Plaintiff
                                                         MARK EDWAD LICHTLE

DATE: July 10, 2007                                   KELLY, HERLIHY & KLEIN LLP

                                                      By _____
                                                         JOHN BURNITE
                                                         Attorney for Defendant
                                                         NEW YORK LIFE INSURANCE
                                                         COMPANY

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Having considered the Stipulation of the parties, it is hereby ordered that the further Case Management Conference in this matter, currently scheduled for 10:30 a.m. on July 13, 2007, is hereby continued to __8/31/07_____.

IT IS SO ORDERED.

DATE: __7/12/07____

_____
THE HONORABLE JEREMY FOGEL
U.S. District Court Judge