CHARLES B. PERKINS #126942
FLYNN, ROSE & PERKINS
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399-4566

Attorneys for Plaintiff MARK EDWARD LICHTLE

JOHN BURNITE
KELLY, HERLIHY & KLEIN
44 Montgomery Street, Suite 2500
San Francisco, California 94104
(415) 951-0535

Attorney for Defendant NEW YORK
LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD LICHTLE,<br><br>            Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. C-05-04787 JF<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Date:       August 31, 2007<br>Time:      10:30 a.m.<br>Courtroom:  3 |

   WHEREAS, following the Initial Case Management Conference on May 26, 2006, further Case Management Conferences have been continued six times to allow an Independent Medical Evaluation to be completed and to allow the parties to attend a Mediation on June 28, 2007 with the Hon. Edward Infante (Ret.);

   WHEREAS, following further discussions with Judge Infante, on July 27, 2007, the parties agreed to a settlement, subject to final agreement as to terms;

/////

WHEREAS, the finalization of the settlement terms has been delayed due to the unavailability of counsel and Defendant's representative due to consecutive and overlapping vacations;

THEREFORE, the parties, by their attorney of record, hereby stipulate that the further Case Management Conference, currently scheduled for August 31, 2007, be continued until on or about September 28, 2007.

IT IS SO STIPULATED.

DATE: August 28, 2007

FLYNN, ROSE & PERKINS

By _____
CHARLES B. PERKINS
Attorney for Plaintiff
MARK EDWAD LICHTLE


DATE: August __, 2007

KELLY, HERLIHY & KLEIN LLP

By _____
JOHN BURNITE
Attorney for Defendant
NEW YORK LIFE INSURANCE
COMPANY

WHEREAS, the finalization of the settlement terms has been delayed due to the unavailability of counsel and Defendant's representative due to consecutive and overlapping vacations;

THEREFORE, the parties, by their attorney of record, hereby stipulate that the further Case Management Conference, currently scheduled for August 31, 2007, be continued until on or about September 28, 2007.

IT IS SO STIPULATED.

DATE: August ___, 2007                    FLYNN, ROSE & PERKINS

                                          By_____
                                          CHARLES B. PERKINS
                                          Attorney for Plaintiff
                                          MARK EDWAD LICHTLE

DATE: August 28 2007                      KELLY, HERLIHY & KLEIN LLP

                                          By_____
                                          JOHN BURNITE
                                          Attorney for Defendant
                                          NEW YORK LIFE INSURANCE
                                          COMPANY

## ORDER

Having considered the Stipulation of the parties, it is hereby ordered that the further Case Management Conference in this matter, currently scheduled for 10:30 a.m. on August 31, 2007, is hereby continued to 9/28/07 at 10:30.

IT IS SO ORDERED.

DATE: 8/29/07

THE HONORABLE JEREMY FOGEL
U.S. District Court Judge