**E-filed 10/9/07**

Ray Bourhis (SBN 53196)
Lawrence Mann (SBN 83698)
Bennett M. Cohen (SBN 90865)
BOURHIS & MANN
1050 Batter Street
San Francisco, CA 94111
Tel.: (415) 392-4660
Fax: (415) 421-0259

Attorneys for Plaintiff
MARK EDWARD LICHTLE


THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD LICHTLE,<br><br>Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br>and DOES 1 through 10, inclusive,<br><br>Defendants | Case No.: CV 05 4787 JF (HRL)<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: September 28, 2007<br>Time: 10:00 a.m.<br>Courtroom: 3 |

1  WHEREAS, following the Initial Case Management Conference on May 26, 2006,
2  further Case Management Conferences have been continued several times to allow an
3  Independent Medical Evaluation to be completed and to allow the parties to attend a Mediation
4  on June 28, 2007 with the Hon. Edward Infante (Ret.);

5  WHEREAS, following further discussions with Judge Infante, on July 27, 2007, the
6  parties agreed to a settlement.

7  WHEREAS, the finalization of the settlement agreement was delayed due to the
8  unavailability of counsel and Defendant's representative due to consecutive and overlapping
9  vacations in August 2007;

10  WHEREAS, the finalization and execution of the settlement agreement has been delayed
11  due to the recent substitution of counsel for plaintiff;

12  THEREFORE, the parties, by their attorney of record, hereby stipulate that the further
13  Case Management Conference, currently scheduled for September 28, 2007, be continued until
14  on or about October 12, 2007.

15  **IT IS SO STIPULATED**

BOURHIS & MANN

Dated: September 27, 2007       By /s/ Lawrence Mann
                                    Lawrence Mann
                                    Attorneys for Plaintiff
                                    MARK EDWARD LICHTLE


KELLY, HERLIHY & KLEIN LLP

Dated: September __, 2007       By_____
                                    John T. Burnite
                                    Attorneys for Defendant
                                    NEW YORK LIFE INSURANCE COMPANY

-1-

1  WHEREAS, following the Initial Case Management Conference on May 26, 2006, further Case Management Conferences have been continued several times to allow an Independent Medical Evaluation to be completed and to allow the parties to attend a Mediation on June 28, 2007 with the Hon. Edward Infante (Ret.);

5  WHEREAS, following further discussions with Judge Infante, on July 27, 2007, the parties agreed to a settlement.

7  WHEREAS, the finalization of the settlement agreement was delayed due to the unavailability of counsel and Defendant's representative due to consecutive and overlapping vacations in August 2007;

10  WHEREAS, the finalization and execution of the settlement agreement has been delayed due to the recent substitution of counsel for plaintiff;

12  THEREFORE, the parties, by their attorney of record, hereby stipulate that the further Case Management Conference, currently scheduled for September 28, 2007, be continued until on or about October 12, 2007.

**IT IS SO STIPULATED**

BOURHIS & MANN

Dated: September __, 2007        By _____
                                    Lawrence Mann
                                    Attorneys for Plaintiff
                                    MARK EDWARD LICHTLE


KELLY, HERLIHY & KLEIN LLP


Dated: September 27, 2007        By _____
                                    John T. Burnite
                                    Attorneys for Defendant
                                    NEW YORK LIFE INSURANCE COMPANY

-1-

## ORDER

Having considered the Stipulation of the parties, it is hereby ordered that the further Case Management Conference in this matter, currently scheduled for 10:30 a.m. on September 28 2007, is hereby continued to __10/12/07__ at 10:30.

**IT IS SO ORDERED.**

Date: ~~September~~ ~~, 2007~~ 10/9/07

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

E:\25199\P11.doc

-2-