**E-Filed 6/20/2008**

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARK EDWARD LICHTLE, | Case Number C 05 4787 JF (HRL) |
| Plaintiff, | JUDGMENT |
| v. | |
| NEW YORK LIFE INSURANCE COMPANY and DOES 1 through 10, inclusive, | |
| Defendants. | |

Defendant New York Life Insurance Company moves to enforce a settlement agreement. Having considered their arguments and a decision having been rendered,

IT IS HEREBY ORDERED that judgment be entered in favor of the Moving Defendant.

DATED: June 20, 2008.

_____
JEREMY FOGEL
United States District Judge