\*\*E-filed 8/28/08\*\*

THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK EDWARD LICHTLE,<br><br>Plaintiff,<br><br>vs.<br><br>NEW YORK LIFE INSURANCE COMPANY, and DOES 1 through 10, inclusive,<br><br>Defendants | Case No.: CV 05 4787 JF (HRL)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER THEREON** |

1  It is hereby stipulated by and between the parties to this action, plaintiff Mark Lichtle and
2  defendant New York Life Insurance Company through their attorneys of record, Bourhis &
3  Mann on behalf of plaintiff Mark Lichtle and Wilson, Elser, Mosowitz, Edelman & Dicker LLP
4  on behalf of defendant New York Life Insurance Company, the above captioned matter can be
5  and hereby is dismissed with prejudice in its entirety pursuant to FRCP 41(a)(1), with the parties
6  to bear their own respective fees and costs.

7  **IT IS SO STIPULATED**

8  BOURHIS & MANN

9
10  Dated: August 19, 2008    By _____
                                Lawrence Mann
11                              Attorneys for Plaintiff
12                              MARK EDWARD LICHTLE

13

14  WILSON, ELSER, MOSKOWITZ, EDELMAN &
15  DICKER LLP

16

17  Dated: August 22, 2008    By _____
                                John T. Burnite
18                              Attorneys for Defendant
19                              NEW YORK LIFE INSURANCE COMPANY

20

21  **IT IS SO ORDERED.**
22

23  Date: August 28, 2008     _____
24                              UNITED STATES DISTRICT JUDGE
25                              Jeremy Fogel

26
27
28

-1-

STIPULATION OF DISMISSAL AND ORDER THEREON
CASE NO. CV 05 4787 JF (HRL)

371181.1